FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 04, 2025

SEAN F. McAVOY, CLERK

S. Peter Serrano
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TAMBOURA EUGENE SIMMONS,<br><br>Defendant. | Case No.: 2:25-CR-00121-SAB<br><br>SUPERSEDING INDICTMENT<br><br>Vios.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi)<br>Possession with Intent to Distribute 400 Grams or More of Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C)<br>Distribution of Fentanyl<br>(Counts 2 - 4)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br>(Count 5)<br><br>18 U.S.C. § 924(c)(1)(A)(i)<br>Possession of a Firearm in Furtherance of Drug Trafficking<br>(Count 6)<br><br>21 U.S.C. § 853,<br>18 U.S.C. § 924(d)(1),<br>28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

SUPERSEDING INDICTMENT - 1

The Grand Jury charges:

## COUNT 1

On or about April 21, 2025, in the Eastern District of Washington, the Defendant, TAMBOURA EUGENE SIMMONS, knowingly possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) and 18 U.S.C. § 2.

## COUNT 2

On or about December 15, 2024, in the Eastern District of Washington, the Defendant, TAMBOURA EUGENE SIMMONS, knowingly distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 3

On or about January 12, 2025, in the Eastern District of Washington, the Defendant, TAMBOURA EUGENE SIMMONS, knowingly distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

//

SUPERSEDING INDICTMENT - 2

COUNT 4

On or about February 16, 2025, in the Eastern District of Washington, the Defendant, TAMBOURA EUGENE SIMMONS, knowingly distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

COUNT 5

On or about April 21, 2025, in the Eastern District of Washington, the Defendant, TAMBOURA EUGENE SIMMONS, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Springfield Armory XD-45, .45 caliber semi- automatic pistol, bearing serial number GM411704, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

COUNT 6

On or about April 21, 2025, in the Eastern District of Washington, the Defendant, TAMBOURA EUGENE SIMMONS, did knowingly possess a firearm, to wit: a Springfield Armory XD-45, .45 caliber semi- automatic pistol, bearing serial number  GM411704, in furtherance of a drug trafficking offense which can be prosecuted in a court of the United States, to wit: possession with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-

SUPERSEDING INDICTMENT - 3

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), as alleged in Count 1, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

SERIOUS DRUG FELONY

Before TAMBOURA EUGENE SIMMONS committed the offenses charged in Counts 1, 3 and 4, TAMBOURA EUGENE SIMMONS had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(58), to wit: Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Cocaine Base, in violation of 21 U.S.C § 841(a)(1), in the United States District Court for the Eastern District of Washington, Case No. 2:07-CR-00050-JLQ-1, for which he served a term of imprisonment exceeding 12 months and was released from imprisonment within 15 years of the commencement of the instant offense(s).

NOTICE OF CRIMINAL FORFEITURE

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in Counts 1 - 4 of this Indictment, the Defendant, TAMBOURA EUGENE SIMMONS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the

SUPERSEDING INDICTMENT - 4

offense(s). The property to be forfeited includes, but is not limited to:

- a Springfield Armory XD-45, .45 caliber semi- automatic pistol, bearing serial number GM411704, and loaded ammunition. (Count 1)

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8) and/or 18 U.S.C. § 924(c), (1)(A)(i), as set forth in Counts 5 and 6 of this Indictment, the Defendant, TAMBOURA EUGENE SIMMONS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to:

- a Springfield Armory XD-45, .45 caliber semi- automatic pistol, bearing serial number GM411704, and loaded ammunition.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

//

//

SUPERSEDING INDICTMENT - 5

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 4 day of September 2025.

A TRUE BILL

S. Peter Serrano
United States Attorney

Earl A. Hicks
Assistant United States Attorney

SUPERSEDING INDICTMENT - 6